UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

APRIL HODGES, ET AL.

VERSUS

ASI LLOYDS, ET AL.

CIVIL ACTION

NO. 16-662-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated May 22, 2017 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand (doc. no. 7) filed by Plaintiffs is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a).

Baton Rouge, Louisiana, this 6th day of June, 2017.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA